168 A.3d 1167

IN RE METROLOGIC INSTRUMENTS, INC. SHAREHOLDERS LITIGATION. (ELLIOTT ASSOCIATES, L.P. AND ELLIOTT INTERNATIONAL, L.P.—PETITIONER)

May 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002472–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

168 A.3d 1167.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PETER G. REPOLI, JR. (A/K/A PETER BROWN, PETER G. RESPOLI, CARMAINE REPOLI, PETER RIPOLI), DEFENDANT-PETITIONER.

May 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000168–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.